UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:21-cv-00770-TJC-PDB

BRUCE WILKERSON,

      Plaintiff,
vs.

ALABAMA & GULF COAST
RAILWAY, LLC, a Foreign
Limited Liability Company,

      Defendant.
_____/

**OPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff BRUCE WILKERSON, by and through his undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby files this Motion for Leave to File First Amended Complaint, and in support thereof states the following:

1. On or about August 6, 2021, Plaintiff, Bruce Wilkerson (hereinafter referred to as the "Plaintiff"), by and through his counsel, filed his Complaint against Defendant Alabama & Gulf Coast Railway, LLC.

2. On or about October 14, 2021, Defendant Alabama & Gulf Coast Railway, LLC, by and through its counsel, filed its Motion to Dismiss Complaint and Demand for Jury Trial for Improper Venue or, Alternatively, Motion to Transfer Venue ("Motion to Dismiss").

3. Defendant Alabama & Gulf Coast Railway has not yet answered the Complaint.

4. On November 16, 2021, Plaintiff's counsel contacted Defendant's counsel to discuss Defendant's Motion to Dismiss and Plaintiff's instant Motion for Leave to File First Amended Complaint.

5. On November 17, 2021, Defendant's counsel advised Plaintiff's counsel of its opposition to the herein Motion.

6. Federal Rules of Civil Procedure 15(a)(2) provides: "**(2) *Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

7. It is well established under federal law that a party should be given leave to amend a pleading in the absence of undue delay, bad faith, or dilatory motive. *See Foman v. Davis, 371 U.S. 178, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962); Smith v. Beverly Hills Club Apartments, LLC, No. 1:15-CV-23450-KMM, 2016 WL 344975 (S.D. Fla. Jan. 28, 2016); Perez v. Wells Fargo N.A., 774 F.3d 1329 (11th Cir. 2014).*

8. This is Plaintiff's first request to amend her Complaint and would not prejudice the Defendant since a responsive pleading has not been filed to date. The amendment is necessary to clarify this Court's jurisdictional authority to hear the instant complaint.

9. In this case, justice requires that leave to amend be granted to properly seek justice relative to Plaintiff's rights to be free of workplace discrimination, harassment, and retaliation.

10. This Motion is made in good faith and in an effort to cure any deficiencies as asserted by the Defendant and is not for the purpose of delay.

11. The proposed Amended Complaint is attached hereto as Exhibit "A."

12. The parties have conferred regarding this Motion and the Amended Complaint, and this Motion is opposed.

WHEREFORE, Plaintiff BRUCE WILKERSON, respectfully requests that this Honorable Court enter an Order granting this Motion for Leave to File First Amended Complaint and deeming the First Amended Complaint attached to this Motion as Exhibit "A" as filed on the date of the Court's Order, and for such other relief as this Court deems just and proper.

Dated this 17th of November, 2021.

    Davie, Florida.

                            By: ___*Noah E. Storch*_____
                            Noah E. Storch, Esq.
                            Florida Bar No. 0085476
                            RICHARD CELLER LEGAL, P.A
                            10368 W. State Rd.84, Suite 103
                            Davie, FL 33324
                            Telephone:  (866) 344-9243
                            Facsimile:  (954) 337-2771
                            E-mail:  noah@floridaovertimelawyer.com

                            *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Florida Court's E-Filing Portal and was served via e-mail generated by CM/ECF on Wednesday, November 17, 2021 to:

Lindsay D. Swiger, Esq.
Jackson Lewis P.C.
501 Riverside Avenue
Suite 902
Jacksonville, FL
(904) 638-2655
Lindsay.Swiger@jacksonlewis.com

*/s/ Noah E. Storch*